226

## William Knapp and Company, Appellee, v. J. J. Johns, Appellant.

Gen. No. 44,422.

opinion filed June 21, 1948; released for publication September 9, 1948. Harris B. Gaines, for appellant; Milton D. Frifeld, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.

## Joseph Cacic, Appellee, v. Steve Miletich, Appellant.

Gen. No. 44,169.

opinion filed June 21, 1948; released for publication September 9, 1948. Harry A. Kahn and Ode L. Rankin, for appellant; Vincent L. Knaus, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.